# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133483 & (20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SCOTT CONN, Personal Representative of the
Estate of Jennifer Conn, Deceased, and GARY
L. SWINNEY,
          Plaintiffs-Appellees,

v

ASPLUNDH TREE EXPERT COMPANY,
          Defendant-Appellant.

SC: 133483
COA: 272563
Monroe CC: 04-017799-NI

_____/

      On order of the Court, the application for leave to appeal the February 8, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

t0618